IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | No. 4:19-CV-01584 |
| Plaintiff, | (Judge Brann) |
| v. | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of November 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Plaintiff's Motion to Proceed Anonymously (ECF No 3) is **CONDITIONALLY GRANTED**;

2. All materials filed on the public docket shall use "John Doe" to refer to Plaintiff and shall redact any instances of Plaintiff's name in filed documents;

3. Plaintiff is permitted to redact Plaintiff's address from the Complaint and any amendment thereto; and

4. Defendants may move to reconsider this Order if information comes to light that would make it appropriate to do so.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge