IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | No. 4:19-CV-01584 |
| Plaintiff, | (Judge Brann) |
| v. | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, SUPERINTENDANT THOMAS MCGINLEY, DEPUTY SUPERINTENDENT EDWARD BRAUMBAUCH, VICTOR MIRARCHI, SGT. LEONARD, LT. PETERS, SGT. BATIUK, LT. PROCOPIO, and JAMES ROE, | |
| Defendants. | |

## ORDER

**AND NOW**, this 19th day of February 2021, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **March 1, 2021 at 10:00 a.m.**

2. Counsel for Plaintiff shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device; however, in

light of current circumstances necessitated by the COVID-19 virus pandemic afflicting our nation, which compel counsel to work outside of their offices, I will permit such telephonic conference calls to be made by cellular phone if that is the only means of telephonic communication for counsel.

                                              BY THE COURT:

                                              *s/ Matthew W. Brann*
                                              Matthew W. Brann
                                              United States District Judge