IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE,

    Plaintiff,

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

No. 4:19-CV-01584

(Judge Brann)

# ORDER

**AND NOW**, this 9th day of July 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's motion to compel (Doc. 35) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. The motion to compel is granted as to: (1) Interrogatory # 5; (2) First RFP # 16; and (3) Interrogatory # 12.

2. The motion to compel is denied as to: (1) First RFP # 7; (2) First RFP # 14; (3) Interrogatory # 4; and (4) Second RFP # 2.

3. The motion to compel is granted in part and denied in part as to First RFP # 34.

                                            BY THE COURT:

                                            *s/ Matthew W. Brann*
                                            Matthew W. Brann
                                            United States District Judge