IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | No. 4:19-CV-01584 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 9th day of August 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. James Roe is **DISMISSED**.

2. Defendants' motion for summary judgment (Doc. 46) is **GRANTED IN PART AND DENIED IN PART**, as follows:

    a. **GRANTED** as to the claims against Superintendent Thomas McGinley, Major Victor Mirarchi, Sergeant Leonard, Lieutenant Peters, and Lieutenant Procopio in Counts I and II of the Complaint (Doc. 1).

    b. **DENIED** as to the claims against Deputy Superintendent Edward Baumbach and Sergeant Batiuk in Counts I and II of the Complaint (Doc. 1).

      c.      **GRANTED** as to Counts III, IV, VII, and VIII of the Complaint (Doc. 1).

      d.      **DENIED** as to Counts V and VI of the Complaint (Doc. 1).

3.    A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge